**Jean Marie ROSE**

v.

**BOARD OF REVIEW, DEP. OF EMPLOYMENT SECURITY.**

**No. 82–470–M.P.**

Supreme Court of Rhode Island.

Dec. 2, 1982.

Joseph A. Capineri, Pawtucket, for petitioner.

Pat Nero, Legal Counsel, Board of Review, Cranston, for respondent.

## ORDER

The petition for writ of certiorari is denied. The stay previously entered in this case is vacated.

SHEA, J., did not participate.